[No. 46411-0-II.   Division Two.   March 8, 2016.]

*In the Matter of the Personal Restraint of* DARRELL K. JACKSON, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-00299-5, Bryan E. Chushcoff, J., entered March 27, 2009. *Granted in part* and *remanded with instructions* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 46497-7-II.   Division Two.   March 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE LEE KOLB, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 14-1-00040-0, Richard L. Brosey, J., entered July 8, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Melnick, JJ.

[No. 46734-8-II.   Division Two.   March 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SPENCER DOUGLAS GRANT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-00530-3, Garold E. Johnson, J., entered September 26, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Lee and Melnick, JJ.